STEVEN G. KALAR
Federal Public Defender
JODI LINKER
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: 415.436.7700
Facsimile: 415.436.7706
Jodi_Linker@fd.org

Counsel for Defendant PUENTES

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE GABINO PUENTES, JR.,<br><br>Defendant. | Case No. CR 18-407 RS<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE** |

*US v. Puentes,* Case No. 18-407 RS;
Stip & [Proposed] Order to Continue        1

Defendant Jose Gabino Puentes, Jr. is scheduled to appear before this Court for a status conference on Tuesday, November 13, 2018 at 2:30 p.m. Since setting that date, defense counsel has realized that she is unavailable on that date. Accordingly, the parties request that the hearing be continued to November 27, 2018 at 2:30 pm. Defense counsel continues investigate the case.

The parties stipulate there is good cause—taking into account the public interest in the prompt disposition of this case—to exclude the time from November 13 to November 27, 2018 from computation under the Speedy Trial Act, and that failing to exclude that time would unreasonably deny the defendant and his counsel the reasonable time necessary for effective preparation of counsel taking into account the exercise of due diligence, as well as continuity of counsel. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv). The parties further agree that the ends of justice would be served by excluding the time from November 13 to November 27, 2018 from computation under the Speedy Trial Act and that the need for the exclusion outweighs the best interests of the public and the defendant in a speedy trial.

SO STIPULATED.

October 22, 2018
Date

/S
NICHOLAS WALSH
Assistant U.S. Attorney

October 22, 2018
Date

/S
JODI LINKER
Attorney for Defendant

IT IS SO ORDERED.

10/22/18
Date

RICHARD SEEBORG
United States District Judge