1  DAVID L. ANDERSON (CABN 149604)
   United States Attorney
2
   BARBARA J. VALLIERE (DCBN 439353)
3  Chief, Criminal Division

4  NICHOLAS J. WALSH (CABN 314290)
   Assistant United States Attorney
5
         450 Golden Gate Avenue, Box 36055
6        San Francisco, California 94102-3495
         Telephone: (415) 436-7248
7        FAX: (415) 436-7234
8        Email: nicholas.walsh@usdoj.gov

9  Attorneys for United States of America

10                      UNITED STATES DISTRICT COURT

11                     NORTHERN DISTRICT OF CALIFORNIA

12                              OAKLAND DIVISION

13

14 | UNITED STATES OF AMERICA,         ) NO. 18-CR-00407 RS
                                       )
15 |     Plaintiff,                    ) STIPULATION TO CONTINUE STATUS
                                       ) CONFERENCE AND EXCLUDE TIME AND
   |  v.                               ) [PROPOSED] ORDER
16                                     )
17 | JOSE GABINO PUENTES, JR.,         )
                                       )
18 | a/k/a Jose G. Fuentes, a/k/a Carlos Eduardo )
   | Galvis, a/k/a Pep Na, a/k/a Pap Joe Puentes, )
19 | a/k/a Pep Puentes, a/k/a Pepino Puentes,    )
                                       )
20 |     Defendant.                    )
                                       )
21

22                                **STIPULATION**

23     The above-captioned matter is set for a status conference on January 22, 2019. For the following

24 reasons, the parties now stipulate and respectfully request that the Court continue the status conference

25 until February 26, 2019, or as soon thereafter as is convenient for the Court.

26     As reason therefore, the parties state that discovery has been partially provided in this matter.

27 However, the government intends to produce certain additional materials that in the judgment of the

28
STIP. TO CONTINUE AND TO EXCLUDE TIME AND [PROPOSED] ORDER
18-CR-00407 RS
                                              1

government are particularly sensitive and pose a risk of harm to certain individuals. As defense counsel has not had an opportunity to review these materials, she has yet to determine whether the government's assessment is correct. Therefore, the parties are negotiating an interim agreement that would allow defense counsel to review the materials and make an independent determination about the risk they pose to certain individuals. This agreement will not waive any of the defendant's right with regard to that discovery. Once the agreement is reached, discovery will proceed.

The parties agree that the additional time requested will allow this process to proceed in an orderly fashion.

The parties further stipulate that the time between January 22, 2019, and February 26, 2019, be excluded under the Speedy Trial Act pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B). For the reasons given above, excluding such time will allow both government and defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. See 18 U.S.C. § 3161(h)(7)(B)(iv).

IT IS SO STIPULATED.

DATED: January 18, 2019

DAVID L. ANDERSON
United States Attorney

/s/
NICHOLAS J. WALSH
Assistant United States Attorney

DATED: January 18, 2019

/s/
JODI A. LINKER
Counsel for Defendant
JOSE GABINO PUENTES, JR.,

STIP. TO CONTINUE AND TO EXCLUDE TIME AND [PROPOSED] ORDER
18-CR-00407 RS

**[PROPOSED] ORDER**

Based on the parties' stipulation, the Court hereby ORDERS that the status conference in the above-captioned matter be continued to February 26, 2019, at 2:30 p.m.

The Court finds that the exclusion of the period from January 22, 2019, through February 26, 2019, from the time limits applicable under 18 U.S.C. § 3161, is warranted; that the ends of justice served by the continuance outweigh the interests of the public and the defendant in the prompt disposition of this criminal case; and that the failure to grant the requested exclusion of time would unreasonably deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice. See 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

DATED: January __18__, 2019

_____
THE HONORABLE RICHARD SEEBORG
United States District Judge